UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEC 12 2025 PM 3:34
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA,

    Petitioner,

v.                               Case No. 8:25-mc-56-WFJ-NHA

JARED BURNETT,

    Respondent.
_____/

## PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of the Internal Revenue Service (IRS), states the following in support of the instant petition to enforce the IRS summons at issue.

I.

This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of Title 26 of the United States Code to judicially enforce an IRS summons.

II.

Tracy Dudley is a duly commissioned Revenue Agent (Revenue Agent Dudley) of the IRS, employed in the Small Business/Self-Employed-Examination office, of Orlando, Florida, and is authorized to issue an IRS summons pursuant to the authority contained in 26 U.S.C. § 7602 and 26 C.F.R. § 301.7602-1.

1

III.

The respondent, Jared Burnett, resides or is found at 17812 Willow Lake Dr., Odessa, FL 33556, within the jurisdiction of this Court.

IV.

Revenue Agent Dudley is conducting an investigation into the tax liability of the taxpayer Burnett Legacy, a Trust, for taxable year 2022 as is set forth in the Declaration of Revenue Agent Dudley attached hereto as Exhibit 1.

V.

The respondent, Jared Burnett, is in possession and control of testimony and documents concerning the above-described investigation.

VI.

On May 29, 2025, an IRS summons was issued by Internal Revenue Agent Dode A. Ackey (Revenue Agent Ackey) of the Small Business/Self-Employed-Examination office, of Tampa, FL. The summons directed the respondent, Jared Burnett, to appear before Revenue Agent Dudley, on June 17, 2025, at 10:00 am, at the IRS Tampa Office located at 3848 W. Columbus Dr, Tampa, FL 33607, to testify and/or to produce for examination, books, papers, records, or other data described in the summons. An attested copy of the summons was left at the last and usual place of abode of the respondent, Jared Burnett, by Revenue Agent Ackey, on May 29, 2025. The summons is attached and incorporated as Exhibit 2.

VII.

No persons were entitled to notice under 26 U.S.C. § 7609(a), as evidenced by Form 2039—Service of Summons, Notice and Certificates, section five (5).

VIII.

On June 17, 2025, the respondent, Jared Burnett, did not appear in response to the summons. The respondent's refusal to comply with the summons continues to date as is set forth in the aforementioned Declaration of Revenue Agent Dudley, attached as Exhibit 1.

IX.

The books, papers, records, or other data sought by the summons are not already in possession of the IRS.

X.

All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

XI.

It is necessary to obtain the testimony and/or to examine the books, papers, records, or other data sought by the summons in order to properly investigate the federal tax liability of Burnett Legacy for the taxable period 2022, as is evidenced by the Declaration of Revenue Agent Dudley, attached and incorporated as part of this petition.

WHEREFORE, the petitioner respectfully requests:

1. That this Court enter an Order directing the respondent, Jared Burnett, to show cause, if any, why he should not comply with and obey the aforementioned summons and each and every requirement thereof.

2. That the Court enter an Order directing the respondent, Jared Burnett, to obey the aforementioned summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the summons before Revenue Agent Dudley, or any other proper officer or employee of the IRS, at such time and place as may be fixed by Revenue Agent Dudley, or any other proper officer or employee of the IRS.

3. That the United States recover its costs in maintaining this action.

4. That the Court grant such other and further relief as is just and proper.

Respectfully Submitted,

**GREGORY W. KEHOE**
United States Attorney

By: */s/ Somadina I. Sullins*
**SOMADINA I. SULLINS (formerly Somadina I. Nwokolo)**
Assistant United States Attorney
Florida Bar No. 120126
400 N. Tampa Street, Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6178
E-mail: soma.nwokolo@usdoj.gov